UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MATTHEW SCOTT RAGAN**,

Debtor.

Case No. **16-61183-13**

**O R D E R**

At Butte in said District this 23rd day of December, 2016.

In this Chapter 13 bankruptcy, Debtor filed a motion on December 23, 2016, requesting additional time within which to turn over 341 documents. Upon review of the record,

**IT IS ORDERED** Debtor's "motion for extension to turnover 341 documents" filed December 23, 2016, is granted; and Debtor shall file turn over documents to the Chapter 13 Trustee relating to the § 341 meeting of creditors on or before **January 7, 2017.**

_____
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge