Matthew Scott Ragan
33 Wild Goose Lane
Kalispell, MT 59901
Email: matt.rgn@gmail.com
Telephone: 406-885-3156
Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re: )
) Case No. 16-61183-13RBK
Matthew Scott Ragan )
)
Debtor, )

## Motion for extension on Trustee's Questionare RE: Business Operations and Amended Statement of affairs

Debtor moves the Court as follows:

Twenty (20) extra days to submit his deficiencies for TRUSTEE QUESTIONARE RE: BUSINESS OPERATIONS and Statement of Affairs.

1. On December 9 2016. The Debtor filed a voluntary petition PRO SE in bankruptcy which halted the execution sale of his real property.

2. The Debtor filed this bankruptcy using an online form filing service. Probankruptcysoftware.com Claiming they would be able walk him through each step of the process to file all necessary documentation Pro Se. It was not stated that it is mainly focused on simple Chapter 13 in the documentation. The Debtor misunderstood the meanings of certain terms and protocol.

3. The Debtor owns a business and has 2 Dependents and 2 partners that depend on his full participation in order to meet his financial and domestic obligations. Filling out and filing all the necessary paperwork and studying what the ramifications and Case Law has become a full time job and has had a direct negative effect on the Debtor immediate financial situation and long term ability to meet his Domestic Obligations, or pay creditors.

4. The Debtors business has been historically slow during the winter months, however he is well established in a booming industry and currently holds multiple contracts for the coming months.

5. Since filing on Dec 9th 2016 the Debtor has come to realize that the complexity of Chapter 13 while owning a business is beyond his abilities to competently and safely represent himself.

6. The Debtor is trying his best to find legal representation or Limited Representation with his current limited resources while in Chapter 13 and having complex case.  The Debtors personal bank account is overdrawn due to overdraft fees.  And the Debtors Business is his only source of income.

7. The Debtor was desperate to save his home which he contends has been wrongly placed into foreclosure, which started with the lenders well documented mistake 5 years ago and is the catalyst for Filing the Chapter 13 bankruptcy.

8. The 341 Documents were originally due Dec 27th 2016.  According to the Trustee office.

9. On Dec 23rd 2016 The Debtor filed a MOTION FOR EXTENSION TO TURN OVER 341 DOCUMENTS

10. On Dec 23rd the MOTION FOR EXTENSION was granted until Jan 7 2017.

11. The Debtor will be able to send over most of the requested documents by Jan 7th.

12. The Debtor needs to reconcile his statements and schedules so as not to cause harm to himself or his creditors.

13. The Debtors scheduled 341 meeting is Jan 11.

14. The Debtor moves for a CONTINUANCE OF 341 MEETING based on the fact that not all Statement of Affairs will be complete by that time without causing harm to Debtor and therefore the Creditors.

15. The Debtor request for extension is in the spirit of not causing harm to any Creditors but to be able to more appropriately plan on their repayment. This is in the best interest of the creditors.

16. The Debtor believes there is a statute providing leniency to Pro Se litigators and prays upon this Court to provide this relief at this time.

Documents were originally due on Dec 27th and extension was granted to Jan 7 which is a Saturday so protocol pushes that to Jan 9 2016 and Debtor is asking for an extension of twenty (20) days until January 27 2017 to complete the Statement of Affairs and file the Amended Schedules.

Dated January 5, 2017

*/s/ Matthew Scott Ragan*

Matthew Scott Ragan
33 Wild Goose Lane
Kalispell MT 59901

# Certificate of Service

I, the undersigned, Matthew Scott Ragan, do hereby certify under penalty of perjury that a copy of the within and foregoing *Motion for Extension of Time on Trustee Questionar RE: Business Operatioins And Statement of affairs*, was sent on 5th day of January 2017, via ECF to:

Trustee@MTChapter13.com

Robert Drummond, Chapter 13 Trustee
P.O. Box 1829
Great Falls, Montana 59403


*/s/ Matthew Scott Ragan*

Matthew Scott Ragan

33 Wild Goose Lane

Kalispell MT 59901