Matthew Scott Ragan
33 Wild Goose Lane
Kalispell, MT 59901
Email: matt.rgn@gmail.com
Telephone: 406-885-3156
Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re: )
) Case No. 16-61183-13RBK
Matthew Scott Ragan )
)
Debtor, )

# Response to Trustee Objection to Claim of Exemption and Request a Hearing

The Debtor would like to plead with the court and have a hearing in response to the Trustee Objection to claim of Exemption Filed 01/16/2017.

For the following property

1. Chevy Silvrd Damaged - $2000
2. Aircraft parts and pieces - $300
3. Damaged not run for 20 years - $300
4. 2006 subaru Tribecca - $5000

For the reasons

1. That these items were not properly itemized on Official Form 106 A/B
2. Because assets listed were part of a business contract between debtor company Birds Eye of Big Sky, Open Eye and Edward Meier.
3. The Value of listed asset Subaru Tribecca is actually much less than stated in Form 106 A/B.

Dated January 30 2017

       Matthew Ragan
       33 wild goose lane
       Kalispell MT 59901

              By /s/ Matthew S. Ragan
                    Creditor