UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MATTHEW SCOTT RAGAN,**

Debtor.

Case No. **16-61183-13**

## *O R D E R*

At Butte in said District this 31st day of January, 2017.

In this Chapter 13 bankruptcy case the Trustee filed a motion to dismiss ineligible co-debtor Birds Eye of Big Sky, LLC, on January 12, 2017, including a notice of the opportunity to file a response and request a hearing and that failure to file a written response shall be deemed a waiver of any objection and an admission that the relief requested should be granted without further notice or hearing. No objection and request for hearing has been filed.

Upon review of the Trustee's motion and record and in the absence of any objection after notice, this Court deems the failure to file a written response and request a hearing to constitute waiver of any objection, and the admission by the parties served with the motion that the relief requested in Trustee's motion should be granted without further notice or hearing.

**IT IS ORDERED** the Chapter 13 Trustee's motion to dismiss ineligible co-debtor,

1

filed January 12, 2017, is **GRANTED**, and the ineligible co-debtor, Birds Eye of Big Sky, LLC, hereby is dismissed from the above entitled Chapter 13 case as ineligible for Chapter 13 relief under 11 U.S.C. § 101(30) and 11 U.S.C. § 109(e).

/s/ Ralph B. Kirscher
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge