Form ntpi

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA
### 400 NORTH MAIN
### BUTTE, MT 59701

| | | |
|---|---|---|
| **In Re:** | MATTHEW SCOTT RAGAN<br>SSN: xxx–xx–7442<br>Tax ID: 47–4299406<br><br>**Debtor.** | **Case No:**<br>16–61183–RBK<br><br>**Chapter:** 13 |

### NOTICE TO PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that on 2/16/17 , at 09:00 AM , or as soon thereafter as counsel can be heard, in the 201 E BROADWAY; CRTRM #200A, MISSOULA, MT 59802, MISSOULA, MT 59802 , a hearing will be held on: TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS [25] AND DEBTORS RESPONSE THERETO [27]

Dated: 1/31/17

                                                                         For the Clerk of Court
                                                                         Tyler P. Gilman

                                                                         By Deputy Clerk:

                                                                         */s/ Colleen Grady*