IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: Reassignment of Pending Bankruptcy Cases | **BK**<br>01-43120-RBK, 03-63093-RBK, 05-63345-RBK, 05-65104-RBK, 07-60017-RBK, 07-60182-RBK, 08-61571-RBK, 08-61572-RBK, 08-61573-RBK, 08-61683-RBK, 09-61569-RBK, 09-62031-RBK, 09-62225-RBK, 09-62566-RBK, 10-60373-RBK, 10-60686-RBK, 10-60689-RBK, 10-61045-RBK, 10-61754-RBK, 10-62081-RBK, 10-62170-RBK, 10-62656-RBK, 10-62932-RBK, 11-60296-RBK, 11-60316-RBK, 11-60503-RBK, 11-60514-RBK, 11-61068-RBK, 11-61169-RBK, 11-61327-RBK, 11-61552-RBK, 11-61577-RBK, 11-61655-RBK, 11-61875-RBK, 11-61917-RBK, 11-61942-RBK, 11-61947-RBK, 11-61956-RBK, 11-61990-RBK, 11-62040-RBK, 11-62141-RBK, 11-62142-RBK, 11-62145-RBK, 11-62147-RBK, 11-62166-RBK, 11-62213-RBK, 11-62230-RBK, 11-62270-RBK, 11-62284-RBK, 11-62286-RBK, 11-62287-RBK, 11-62315-RBK, 11-62322-RBK, 11-62331-RBK, 11-62346-RBK, 11-62349-RBK, 11-62352-RBK, 11-62371-RBK, 12-60006-RBK, 12-60007-RBK, 12-60024-RBK, 12-60036-RBK, 12-60079-RBK, 12-60082-RBK, 12-60096-RBK, 12-60104-RBK, 12-60108-RBK, 12-60137-RBK, 12-60156-RBK, 12-60168-RBK, 12-60172-RBK, 12-60177-RBK, 12-60188-RBK, 12-60215-RBK, 12-60257-RBK, 12-60268-RBK, 12-60284-RBK, 12-60288-RBK, 12-60294-RBK, 12-60315-RBK, 12-60320-RBK, 12-60331-RBK, 12-60335-RBK, 12-60356-RBK, 12-60361-RBK, 12-60381-RBK, 12-60412-RBK, 12-60517-RBK, 12-60532-RBK, 12-60536-RBK, 12-60564-RBK, 12-60592-RBK, 12-60596-RBK, 12-60656-RBK, 12-60699-RBK, 12-60714-RBK, 12-60728-RBK, 12-60756-RBK, 12-60769-RBK, 12-60776-RBK, 12-60843-RBK, 12-60845-RBK, 12-60856-RBK, 12-60891-RBK, 12-60895-RBK, 12-60913-RBK, 12-60918-RBK, 12-60981-RBK, 12-61050-RBK, 12-61090-RBK, 12-61098-RBK, 12-61108-RBK, 12-61113-RBK, 12-61157-RBK, 12-61162-RBK, 12-61173-RBK, 12-61194-RBK, 12-61211-RBK, 12-61227-RBK, 12-61235-RBK, 12-61241-RBK, 12-61242-RBK, 12-61249-RBK, 12-61251-RBK, 12-61274-RBK, 12-61290-RBK, 12-61293-RBK, 12-61335-RBK, 12-61339-RBK, 12-61341-RBK, 12-61349-RBK, 12-61364-RBK, 12-61372-RBK, 12-61377-RBK, 12-61397-RBK, 12-61413-RBK, 12-61435-RBK, 12-61436-RBK, 12-61445-RBK, 12-61454-RBK, 12-61456-RBK, 12-61457-RBK, 12-61460-RBK, 12-61461-RBK, 12-61463-RBK, 12-61519-RBK, 12-61523-RBK, 12-61545-RBK, 12-61553-RBK, 12-61581-RBK, 12-61590-RBK, 12-61716-RBK, 12-61746-RBK, 12-61750-RBK, 12-61753-RBK, 12-61758-RBK, 12-61769-RBK, 12-61793-RBK, 12-61807-RBK, 12-61844-RBK, 12-61855-RBK, 12-61861-RBK, 12-61865-RBK, 12-61866-RBK, 12-61905-RBK, 12-61956-RBK, 12-61969-RBK, 12-61980-RBK, 13-60026-RBK,13-60038-RBK, 13-60053-RBK, 13-60083-RBK, |

13-60098-RBK, 13-60106-RBK, 13-60107-RBK, 13-60117-RBK,
13-60118-RBK, 13-60133-RBK, 13-60134-RBK, 13-60137-RBK,
13-60153-RBK, 13-60161-RBK, 13-60172-RBK, 13-60180-RBK,
13-60181-RBK, 13-60224-RBK, 13-60267-RBK, 13-60311-RBK,
13-60315-RBK, 13-60332-RBK, 13-60376-RBK, 13-60403-RBK,
13-60408-RBK, 13-60418-RBK, 13-60435-RBK, 13-60468-RBK,
13-60520-RBK, 13-60530-RBK, 13-60556-RBK, 13-60558-RBK,
13-60582-RBK, 13-60588-RBK, 13-60603-RBK, 13-60618-RBK,
13-60620-RBK, 13-60630-RBK, 13-60670-RBK, 13-60682-RBK,
13-60708-RBK, 13-60726-RBK, 13-60765-RBK, 13-60769-RBK,
13-60772-RBK, 13-60789-RBK, 13-60804-RBK, 13-60812-RBK,
13-60819-RBK, 13-60832-RBK, 13-60905-RBK, 13-60914-RBK,
13-60925-RBK, 13-60926-RBK, 13-60929-RBK, 13-60943-RBK,
13-60956-RBK, 13-60976-RBK, 13-60978-RBK, 13-60985-RBK,
13-61004-RBK, 13-61008-RBK, 13-61042-RBK, 13-61057-RBK,
13-61077-RBK, 13-61103-RBK, 13-61124-RBK, 13-61147-RBK,
13-61161-RBK, 13-61186-RBK, 13-61205-RBK, 13-61219-RBK,
13-61231-RBK, 13-61239-RBK, 13-61243-RBK, 13-61244-RBK,
13-61245-RBK, 13-61298-RBK, 13-61306-RBK, 13-61309-RBK,
13-61312-RBK, 13-61321-RBK, 13-61322-RBK, 13-61324-RBK,
13-61332-RBK, 13-61338-RBK, 13-61353-RBK, 13-61356-RBK,
13-61374-RBK, 13-61389-RBK, 13-61391-RBK, 13-61399-RBK,
13-61427-RBK, 13-61458-RBK, 13-61513-RBK, 13-61529-RBK,
13-61540-RBK, 13-61545-RBK, 13-61563-RBK, 13-61564-RBK,
13-61567-RBK, 13-61572-RBK, 13-61574-RBK, 13-61585-RBK,
13-61588-RBK, 13-61593-RBK, 13-61602-RBK, 13-61612-RBK,
13-61617-RBK, 13-61631-RBK, 13-61648-RBK, 13-61659-RBK,
13-61670-RBK, 14-60001-RBK, 14-60015-RBK, 14-60023-RBK,
14-60065-RBK, 14-60073-RBK, 14-60114-RBK, 14-60121-RBK,
14-60172-RBK, 14-60177-RBK, 14-60182-RBK, 14-60233-RBK,
14-60255-RBK, 14-60256-RBK, 14-60258-RBK, 14-60260-RBK,
14-60295-RBK, 14-60296-RBK, 14-60297-RBK, 14-60303-RBK,
14-60307-RBK, 14-60310-RBK, 14-60348-RBK, 14-60374-RBK,
14-60377-RBK, 14-60378-RBK, 14-60379-RBK, 14-60391-RBK,
14-60401-RBK, 14-60404-RBK, 14-60440-RBK, 14-60505-RBK,
14-60548-RBK, 14-60557-RBK, 14-60614-RBK, 14-60642-RBK,
14-60646-RBK, 14-60649-RBK, 14-60656-RBK, 14-60660-RBK,
14-60669-RBK, 14-60673-RBK, 14-60682-RBK, 14-60696-RBK,
14-60700-RBK, 14-60702-RBK, 14-60714-RBK, 14-60721-RBK,
14-60725-RBK, 14-60729-RBK, 14-60737-RBK, 14-60748-RBK,
14-60750-RBK, 14-60775-RBK, 14-60778-RBK, 14-60783-RBK,
14-60786-RBK, 14-60787-RBK, 14-60795-RBK, 14-60813-RBK,
14-60821-RBK, 14-60830-RBK, 14-60847-RBK, 14-60851-RBK,
14-60877-RBK, 14-60878-RBK, 14-60883-RBK, 14-60895-RBK,
14-60907-RBK, 14-60918-RBK, 14-60964-RBK, 14-61001-RBK,
14-61029-RBK, 14-61035-RBK, 14-61045-RBK, 14-61055-RBK,
14-61063-RBK, 14-61073-RBK, 14-61075-RBK, 14-61079-RBK,

14-61232-RBK, 14-61237-RBK, 14-61243-RBK, 14-61256-RBK,
14-61263-RBK, 14-61267-RBK, 14-61269-RBK, 14-61271-RBK,
14-61275-RBK, 14-61276-RBK, 14-61285-RBK, 14-61300-RBK,
14-61307-RBK, 14-61314-RBK, 14-61324-RBK, 14-61328-RBK,
14-61350-RBK, 14-61358-RBK, 14-61360-RBK, 14-61366-RBK,
14-61367-RBK, 14-61383-RBK, 14-61393-RBK, 14-61394-RBK,
14-61397-RBK, 14-61398-RBK, 14-61404-RBK, 15-60001-RBK,
15-60014-RBK, 15-60016-RBK, 15-60027-RBK, 15-60028-RBK,
15-60033-RBK, 15-60034-RBK, 15-60035-RBK, 15-60048-RBK,
15-60071-RBK, 15-60080-RBK, 15-60092-RBK, 15-60104-RBK,
15-60114-RBK, 15-60118-RBK, 15-60122-RBK, 15-60123-RBK,
15-60126-RBK, 15-60135-RBK, 15-60150-RBK, 15-60184-RBK,
15-60201-RBK, 15-60226-RBK, 15-60227-RBK, 15-60231-RBK,
15-60232-RBK, 15-60237-RBK, 15-60238-RBK, 15-60240-RBK,
15-60244-RBK, 15-60251-RBK, 15-60254-RBK, 15-60262-RBK,
15-60276-RBK, 15-60279-RBK, 15-60281-RBK, 15-60296-RBK,
15-60297-RBK, 15-60302-RBK, 15-60316-RBK, 15-60324-RBK,
15-60338-RBK, 15-60343-RBK, 15-60344-RBK, 15-60352-RBK,
15-60359-RBK, 15-60361-RBK, 15-60365-RBK, 15-60367-RBK,
15-60370-RBK, 15-60380-RBK, 15-60382-RBK, 15-60386-RBK,
15-60388-RBK, 15-60394-RBK, 15-60395-RBK, 15-60397-RBK,
15-60404-RBK, 15-60408-RBK, 15-60419-RBK, 15-60427-RBK,
15-60439-RBK, 15-60440-RBK, 15-60446-RBK, 15-60457-RBK,
15-60458-RBK, 15-60459-RBK, 15-60467-RBK, 15-60468-RBK,
15-60469-RBK, 15-60473-RBK, 15-60477-RBK, 15-60478-RBK,
15-60487-RBK, 15-60493-RBK, 15-60500-RBK, 15-60504-RBK,
15-60506-RBK, 15-60509-RBK, 15-60513-RBK, 15-60520-RBK,
15-60526-RBK, 15-60540-RBK, 15-60544-RBK, 15-60547-RBK,
15-60548-RBK, 15-60554-RBK, 15-60556-RBK, 15-60557-RBK,
15-60561-RBK, 15-60564-RBK, 15-60566-RBK, 15-60570-RBK,
15-60586-RBK, 15-60588-RBK, 15-60590-RBK, 15-60591-RBK,
15-60593-RBK, 15-60596-RBK, 15-60597-RBK, 15-60598-RBK,
15-60600-RBK, 15-60612-RBK, 15-60613-RBK, 15-60620-RBK,
15-60626-RBK, 15-60630-RBK, 15-60635-RBK, 15-60636-RBK,
15-60637-RBK, 15-60638-RBK, 15-60640-RBK, 15-60642-RBK,
15-60644-RBK, 15-60647-RBK, 15-60648-RBK, 15-60660-RBK,
15-60666-RBK, 15-60681-RBK, 15-60687-RBK, 15-60693-RBK,
15-60698-RBK, 15-60703-RBK, 15-60705-RBK, 15-60709-RBK,
15-60713-RBK, 15-60715-RBK, 15-60717-RBK, 15-60718-RBK,
15-60720-RBK, 15-60721-RBK, 15-60724-RBK, 15-60726-RBK,
15-60729-RBK, 15-60730-RBK, 15-60732-RBK, 15-60740-RBK,
15-60741-RBK, 15-60747-RBK, 15-60751-RBK, 15-60753-RBK,
15-60758-RBK, 15-60759-RBK, 15-60765-RBK, 15-60768-RBK,
15-60770-RBK, 15-60774-RBK, 15-60778-RBK, 15-60780-RBK,
15-60782-RBK, 15-60785-RBK, 15-60786-RBK, 15-60795-RBK,
15-60801-RBK, 15-60807-RBK, 15-60809-RBK, 15-60821-RBK,
15-60825-RBK, 15-60826-RBK, 15-60827-RBK, 15-60830-RBK,

15-60885-RBK, 15-60889-RBK, 15-60894-RBK, 15-60896-RBK,
15-60907-RBK, 15-60909-RBK, 15-60910-RBK, 15-60912-RBK,
15-60913-RBK, 15-60919-RBK, 15-60920-RBK, 15-60922-RBK,
15-60927-RBK, 15-60930-RBK, 15-60931-RBK, 15-60934-RBK,
15-60936-RBK, 15-60937-RBK, 15-60939-RBK, 15-60940-RBK,
15-60945-RBK, 15-60947-RBK, 15-60950-RBK, 15-60956-RBK,
15-60963-RBK, 15-60966-RBK, 15-60972-RBK, 15-60973-RBK,
15-60976-RBK, 15-60980-RBK, 15-60985-RBK, 15-60986-RBK,
15-60987-RBK, 15-60990-RBK, 15-60994-RBK, 15-60995-RBK,
15-60997-RBK, 15-60999-RBK, 15-61003-RBK, 15-61005-RBK,
15-61010-RBK, 15-61013-RBK, 15-61015-RBK, 15-61017-RBK,
15-61020-RBK, 15-61021-RBK, 15-61024-RBK, 15-61031-RBK,
15-61033-RBK, 15-61036-RBK, 15-61040-RBK, 15-61042-RBK,
15-61045-RBK, 15-61046-RBK, 15-61052-RBK, 15-61057-RBK,
15-61058-RBK, 15-61060-RBK, 15-61061-RBK, 15-61063-RBK,
15-61078-RBK, 15-61079-RBK, 15-61081-RBK, 15-61082-RBK,
15-61084-RBK, 15-61088-RBK, 15-61093-RBK, 15-61095-RBK,
15-61096-RBK, 15-61098-RBK, 15-61100-RBK, 15-61104-RBK,
15-61108-RBK, 15-61109-RBK, 15-61111-RBK, 15-61113-RBK,
15-61116-RBK, 15-61120-RBK, 15-61122-RBK, 15-61125-RBK,
15-61128-RBK, 15-61129-RBK, 15-61130-RBK, 15-61131-RBK,
15-61132-RBK, 15-61134-RBK, 15-61139-RBK, 15-61140-RBK,
15-61142-RBK, 15-61143-RBK, 15-61145-RBK, 15-61150-RBK,
15-61155-RBK, 15-61156-RBK, 15-61157-RBK, 15-61162-RBK,
15-61163-RBK, 15-61164-RBK, 15-61166-RBK, 15-61173-RBK,
15-61178-RBK, 15-61179-RBK, 15-61183-RBK, 15-61184-RBK,
15-61185-RBK, 15-61186-RBK, 15-61187-RBK, 15-61191-RBK,
15-61192-RBK, 15-61193-RBK, 15-61196-RBK, 15-61197-RBK,
15-61199-RBK, 15-61201-RBK, 15-61203-RBK, 15-61205-RBK,
16-60011-RBK, 16-60013-RBK, 16-60014-RBK, 16-60016-RBK,
16-60023-RBK, 16-60024-RBK, 16-60032-RBK, 16-60034-RBK,
16-60038-RBK, 16-60040-RBK, 16-60042-RBK, 16-60043-RBK,
16-60045-RBK, 16-60046-RBK, 16-60047-RBK, 16-60054-RBK,
16-60055-RBK, 16-60056-RBK, 16-60057-RBK, 16-60058-RBK,
16-60061-RBK, 16-60063-RBK, 16-60065-RBK, 16-60066-RBK,
16-60067-RBK, 16-60070-RBK, 16-60074-RBK, 16-60076-RBK,
16-60077-RBK, 16-60080-RBK, 16-60084-RBK, 16-60087-RBK,
16-60089-RBK, 16-60093-RBK, 16-60098-RBK, 16-60099-RBK,
16-60101-RBK, 16-60102-RBK, 16-60106-RBK, 16-60107-RBK,
16-60110-RBK, 16-60112-RBK, 16-60113-RBK, 16-60115-RBK,
16-60117-RBK, 16-60119-RBK, 16-60123-RBK, 16-60124-RBK,
16-60129-RBK, 16-60130-RBK, 16-60133-RBK, 16-60137-RBK,
16-60138-RBK, 16-60143-RBK, 16-60144-RBK, 16-60147-RBK,
16-60150-RBK, 16-60151-RBK, 16-60152-RBK, 16-60153-RBK,
16-60156-RBK, 16-60157-RBK, 16-60158-RBK, 16-60161-RBK,
16-60166-RBK, 16-60169-RBK, 16-60171-RBK, 16-60174-RBK,
16-60176-RBK, 16-60178-RBK, 16-60179-RBK, 16-60180-RBK,

16-60195-RBK, 16-60196-RBK, 16-60198-RBK, 16-60201-RBK,
16-60207-RBK, 16-60209-RBK, 16-60213-RBK, 16-60215-RBK,
16-60216-RBK, 16-60218-RBK, 16-60221-RBK, 16-60225-RBK,
16-60226-RBK, 16-60228-RBK, 16-60229-RBK, 16-60233-RBK,
16-60234-RBK, 16-60238-RBK, 16-60239-RBK, 16-60242-RBK,
16-60244-RBK, 16-60247-RBK, 16-60249-RBK, 16-60251-RBK,
16-60252-RBK, 16-60253-RBK, 16-60255-RBK, 16-60256-RBK,
16-60258-RBK, 16-60260-RBK, 16-60261-RBK, 16-60263-RBK,
16-60270-RBK, 16-60273-RBK, 16-60274-RBK, 16-60278-RBK,
16-60279-RBK, 16-60280-RBK, 16-60285-RBK, 16-60286-RBK,
16-60289-RBK, 16-60294-RBK, 16-60297-RBK, 16-60298-RBK,
16-60299-RBK, 16-60301-RBK, 16-60302-RBK, 16-60305-RBK,
16-60310-RBK, 16-60312-RBK, 16-60316-RBK, 16-60318-RBK,
16-60319-RBK, 16-60320-RBK, 16-60322-RBK, 16-60323-RBK,
16-60324-RBK, 16-60325-RBK, 16-60326-RBK, 16-60328-RBK,
16-60331-RBK, 16-60334-RBK, 16-60335-RBK, 16-60339-RBK,
16-60348-RBK, 16-60349-RBK, 16-60350-RBK, 16-60351-RBK,
16-60354-RBK, 16-60355-RBK, 16-60357-RBK, 16-60358-RBK,
16-60360-RBK, 16-60365-RBK, 16-60372-RBK, 16-60373-RBK,
16-60376-RBK, 16-60377-RBK, 16-60378-RBK, 16-60380-RBK,
16-60384-RBK, 16-60388-RBK, 16-60390-RBK, 16-60393-RBK,
16-60396-RBK, 16-60399-RBK, 16-60400-RBK, 16-60401-RBK,
16-60403-RBK, 16-60404-RBK, 16-60407-RBK, 16-60408-RBK,
16-60409-RBK, 16-60411-RBK, 16-60412-RBK, 16-60415-RBK,
16-60418-RBK, 16-60419-RBK, 16-60425-RBK, 16-60426-RBK,
16-60427-RBK, 16-60432-RBK, 16-60436-RBK, 16-60439-RBK,
16-60441-RBK, 16-60443-RBK, 16-60444-RBK, 16-60448-RBK,
16-60449-RBK, 16-60451-RBK, 16-60452-RBK, 16-60453-RBK,
16-60454-RBK, 16-60455-RBK, 16-60456-RBK, 16-60459-RBK,
16-60461-RBK, 16-60462-RBK, 16-60464-RBK, 16-60466-RBK,
16-60468-RBK, 16-60469-RBK, 16-60472-RBK, 16-60475-RBK,
16-60477-RBK, 16-60485-RBK, 16-60486-RBK, 16-60490-RBK,
16-60492-RBK, 16-60493-RBK, 16-60495-RBK, 16-60498-RBK,
16-60499-RBK, 16-60501-RBK, 16-60502-RBK, 16-60503-RBK,
16-60506-RBK, 16-60508-RBK, 16-60509-RBK, 16-60513-RBK,
16-60514-RBK, 16-60515-RBK, 16-60518-RBK, 16-60519-RBK,
16-60520-RBK, 16-60525-RBK, 16-60526-RBK, 16-60527-RBK,
16-60533-RBK, 16-60534-RBK, 16-60535-RBK, 16-60536-RBK,
16-60538-RBK, 16-60540-RBK, 16-60541-RBK, 16-60542-RBK,
16-60543-RBK, 16-60544-RBK, 16-60547-RBK, 16-60548-RBK,
16-60549-RBK, 16-60550-RBK, 16-60552-RBK, 16-60553-RBK,
16-60554-RBK, 16-60555-RBK, 16-60556-RBK, 16-60557-RBK,
16-60559-RBK, 16-60561-RBK, 16-60563-RBK, 16-60564-RBK,
16-60566-RBK, 16-60567-RBK, 16-60568-RBK, 16-60570-RBK,
16-60571-RBK, 16-60573-RBK, 16-60574-RBK, 16-60575-RBK,
16-60577-RBK, 16-60579-RBK, 16-60580-RBK, 16-60581-RBK,
16-60582-RBK, 16-60584-RBK, 16-60585-RBK, 16-60588-RBK,

16-60611-RBK, 16-60612-RBK, 16-60614-RBK, 16-60615-RBK,
16-60617-RBK, 16-60619-RBK, 16-60620-RBK, 16-60622-RBK,
16-60624-RBK, 16-60625-RBK, 16-60626-RBK, 16-60629-RBK,
16-60632-RBK, 16-60633-RBK, 16-60635-RBK, 16-60636-RBK,
16-60638-RBK, 16-60639-RBK, 16-60642-RBK, 16-60643-RBK,
16-60644-RBK, 16-60645-RBK, 16-60646-RBK, 16-60649-RBK,
16-60651-RBK, 16-60652-RBK, 16-60653-RBK, 16-60654-RBK,
16-60655-RBK, 16-60656-RBK, 16-60657-RBK, 16-60658-RBK,
16-60660-RBK, 16-60661-RBK, 16-60662-RBK, 16-60663-RBK,
16-60664-RBK, 16-60665-RBK, 16-60666-RBK, 16-60667-RBK,
16-60670-RBK, 16-60671-RBK, 16-60672-RBK, 16-60673-RBK,
16-60676-RBK, 16-60679-RBK, 16-60680-RBK, 16-60681-RBK,
16-60682-RBK, 16-60684-RBK, 16-60686-RBK, 16-60687-RBK,
16-60690-RBK, 16-60692-RBK, 16-60694-RBK, 16-60696-RBK,
16-60697-RBK, 16-60698-RBK, 16-60699-RBK, 16-60700-RBK,
16-60701-RBK, 16-60704-RBK, 16-60705-RBK, 16-60706-RBK,
16-60707-RBK, 16-60709-RBK, 16-60710-RBK, 16-60712-RBK,
16-60713-RBK, 16-60715-RBK, 16-60716-RBK, 16-60717-RBK,
16-60718-RBK, 16-60719-RBK, 16-60722-RBK, 16-60723-RBK,
16-60724-RBK, 16-60727-RBK, 16-60732-RBK, 16-60733-RBK,
16-60734-RBK, 16-60736-RBK, 16-60738-RBK, 16-60743-RBK,
16-60744-RBK, 16-60745-RBK, 16-60746-RBK, 16-60748-RBK,
16-60749-RBK, 16-60750-RBK, 16-60751-RBK, 16-60753-RBK,
16-60754-RBK, 16-60756-RBK, 16-60757-RBK, 16-60758-RBK,
16-60759-RBK, 16-60761-RBK, 16-60762-RBK, 16-60763-RBK,
16-60765-RBK, 16-60768-RBK, 16-60769-RBK, 16-60772-RBK,
16-60774-RBK, 16-60775-RBK, 16-60778-RBK, 16-60779-RBK,
16-60780-RBK, 16-60781-RBK, 16-60783-RBK, 16-60784-RBK,
16-60786-RBK, 16-60787-RBK, 16-60791-RBK, 16-60792-RBK,
16-60794-RBK, 16-60795-RBK, 16-60798-RBK, 16-60799-RBK,
16-60800-RBK, 16-60801-RBK, 16-60802-RBK, 16-60803-RBK,
16-60805-RBK, 16-60808-RBK, 16-60815-RBK, 16-60817-RBK,
16-60818-RBK, 16-60820-RBK, 16-60821-RBK, 16-60823-RBK,
16-60824-RBK, 16-60825-RBK, 16-60830-RBK, 16-60833-RBK,
16-60834-RBK, 16-60836-RBK, 16-60837-RBK, 16-60839-RBK,
16-60840-RBK, 16-60841-RBK, 16-60843-RBK, 16-60845-RBK,
16-60846-RBK, 16-60847-RBK, 16-60849-RBK, 16-60850-RBK,
16-60851-RBK, 16-60852-RBK, 16-60854-RBK, 16-60855-RBK,
16-60858-RBK, 16-60859-RBK, 16-60860-RBK, 16-60862-RBK,
16-60864-RBK, 16-60866-RBK, 16-60868-RBK, 16-60869-RBK,
16-60870-RBK, 16-60871-RBK, 16-60872-RBK, 16-60873-RBK,
16-60874-RBK, 16-60875-RBK, 16-60876-RBK, 16-60877-RBK,
16-60878-RBK, 16-60879-RBK, 16-60880-RBK, 16-60881-RBK,
16-60882-RBK, 16-60883-RBK, 16-60886-RBK, 16-60887-RBK,
16-60889-RBK, 16-60891-RBK, 16-60894-RBK, 16-60896-RBK,
16-60898-RBK, 16-60901-RBK, 16-60902-RBK, 16-60904-RBK,
16-60905-RBK, 16-60906-RBK, 16-60909-RBK, 16-60910-RBK,

16-60911-RBK, 16-60914-RBK, 16-60916-RBK, 16-60917-RBK,
16-60918-RBK, 16-60919-RBK, 16-60920-RBK, 16-60925-RBK,
16-60926-RBK, 16-60927-RBK, 16-60928-RBK, 16-60929-RBK,
16-60931-RBK, 16-60932-RBK, 16-60933-RBK, 16-60935-RBK,
16-60936-RBK, 16-60937-RBK, 16-60938-RBK, 16-60939-RBK,
16-60941-RBK, 16-60942-RBK, 16-60944-RBK, 16-60945-RBK,
16-60946-RBK, 16-60947-RBK, 16-60949-RBK, 16-60950-RBK,
16-60952-RBK, 16-60955-RBK, 16-60956-RBK, 16-60957-RBK,
16-60960-RBK, 16-60961-RBK, 16-60962-RBK, 16-60963-RBK,
16-60964-RBK, 16-60965-RBK, 16-60967-RBK, 16-60970-RBK,
16-60971-RBK, 16-60972-RBK, 16-60974-RBK, 16-60975-RBK,
16-60977-RBK, 16-60979-RBK, 16-60980-RBK, 16-60981-RBK,
16-60982-RBK, 16-60983-RBK, 16-60984-RBK, 16-60986-RBK,
16-60989-RBK, 16-60990-RBK, 16-60992-RBK, 16-60995-RBK,
16-60996-RBK, 16-60998-RBK, 16-61001-RBK, 16-61002-RBK,
16-61003-RBK, 16-61004-RBK, 16-61006-RBK, 16-61007-RBK,
16-61008-RBK, 16-61009-RBK, 16-61011-RBK, 16-61015-RBK,
16-61016-RBK, 16-61017-RBK, 16-61018-RBK, 16-61020-RBK,
16-61022-RBK, 16-61023-RBK, 16-61024-RBK, 16-61026-RBK,
16-61027-RBK, 16-61028-RBK, 16-61029-RBK, 16-61030-RBK,
16-61031-RBK, 16-61032-RBK, 16-61033-RBK, 16-61034-RBK,
16-61035-RBK, 16-61036-RBK, 16-61037-RBK, 16-61039-RBK,
16-61040-RBK, 16-61041-RBK, 16-61042-RBK, 16-61043-RBK,
16-61044-RBK, 16-61046-RBK, 16-61048-RBK, 16-61050-RBK,
16-61051-RBK, 16-61052-RBK, 16-61053-RBK, 16-61054-RBK,
16-61055-RBK, 16-61057-RBK, 16-61058-RBK, 16-61059-RBK,
16-61060-RBK, 16-61061-RBK, 16-61063-RBK, 16-61064-RBK,
16-61065-RBK, 16-61066-RBK, 16-61067-RBK, 16-61068-RBK,
16-61069-RBK, 16-61071-RBK, 16-61072-RBK, 16-61073-RBK,
16-61074-RBK, 16-61075-RBK, 16-61076-RBK, 16-61077-RBK,
16-61078-RBK, 16-61079-RBK, 16-61080-RBK, 16-61081-RBK,
16-61082-RBK, 16-61083-RBK, 16-61084-RBK, 16-61085-RBK,
16-61086-RBK, 16-61087-RBK, 16-61088-RBK, 16-61089-RBK,
16-61090-RBK, 16-61091-RBK, 16-61092-RBK, 16-61093-RBK,
16-61094-RBK, 16-61095-RBK, 16-61096-RBK, 16-61097-RBK,
16-61098-RBK, 16-61099-RBK, 16-61100-RBK, 16-61101-RBK,
16-61102-RBK, 16-61103-RBK, 16-61104-RBK, 16-61105-RBK,
16-61106-RBK, 16-61107-RBK, 16-61108-RBK, 16-61109-RBK,
16-61110-RBK, 16-61111-RBK, 16-61112-RBK, 16-61113-RBK,
16-61114-RBK, 16-61115-RBK, 16-61116-RBK, 16-61117-RBK,
16-61118-RBK, 16-61119-RBK, 16-61120-RBK, 16-61121-RBK,
16-61122-RBK, 16-61123-RBK, 16-61124-RBK, 16-61125-RBK,
16-61126-RBK, 16-61127-RBK, 16-61128-RBK, 16-61129-RBK,
16-61130-RBK, 16-61131-RBK, 16-61132-RBK, 16-61133-RBK,
16-61134-RBK, 16-61135-RBK, 16-61136-RBK, 16-61137-RBK,
16-61138-RBK, 16-61139-RBK, 16-61140-RBK, 16-61141-RBK,

16-61142-RBK, 16-61143-RBK, 16-61144-RBK, 16-61145-RBK,
16-61146-RBK, 16-61147-RBK, 16-61148-RBK, 16-61149-RBK,
16-61150-RBK, 16-61151-RBK, 16-61152-RBK, 16-61153-RBK,
16-61154-RBK, 16-61155-RBK, 16-61156-RBK, 16-61157-RBK,
16-61158-RBK, 16-61159-RBK, 16-61160-RBK, 16-61161-RBK,
16-61162-RBK, 16-61163-RBK, 16-61164-RBK, 16-61165-RBK,
16-61166-RBK, 16-61167-RBK, 16-61168-RBK, 16-61169-RBK,
16-61170-RBK, 16-61171-RBK, 16-61172-RBK, 16-61173-RBK,
16-61174-RBK, 16-61175-RBK, 16-61176-RBK, 16-61177-RBK,
16-61178-RBK, 16-61179-RBK, 16-61180-RBK, 16-61181-RBK,
16-61182-RBK, 16-61183-RBK, 16-61184-RBK, 16-61185-RBK,
16-61186-RBK, 16-61187-RBK, 16-61188-RBK, 16-61189-RBK,
16-61190-RBK, 16-61191-RBK, 16-61192-RBK, 16-61193-RBK,
16-61194-RBK, 16-61195-RBK, 16-61196-RBK, 16-61197-RBK,
16-61198-RBK, 16-61199-RBK, 16-61200-RBK, 16-61201-RBK,
16-61202-RBK, 16-61203-RBK, 16-61204-RBK, 16-61205-RBK,
16-61206-RBK, 16-61207-RBK, 16-61208-RBK, 16-61209-RBK,
16-61210-RBK, 16-61211-RBK, 16-61212-RBK, 16-61213-RBK,
16-61214-RBK, 16-61215-RBK, 16-61216-RBK, 16-61217-RBK,
16-61218-RBK, 16-61219-RBK, 16-61220-RBK, 16-61221-RBK,
16-61222-RBK, 16-61223-RBK, 16-61224-RBK, 16-61225-RBK,
16-61226-RBK, 16-61227-RBK, 16-61228-RBK, 16-61229-RBK,
16-61230-RBK, 16-61231-RBK, 16-61232-RBK, 16-61233-RBK,
16-61234-RBK, 16-61235-RBK, 16-61236-RBK, 16-61237-RBK,
16-61238-RBK, 16-61239-RBK, 16-61240-RBK, 16-61241-RBK,
16-61242-RBK, 16-61243-RBK, 16-61244-RBK, 16-61245-RBK,
16-61246-RBK, 16-61247-RBK, 16-61248-RBK, 16-61249-RBK,
17-60001-RBK, 17-60002-RBK, 17-60003-RBK, 17-60004-RBK,
17-60005-RBK, 17-60006-RBK, 17-60007-RBK, 17-60008-RBK,
17-60009-RBK, 17-60010-RBK, 17-60011-RBK, 17-60012-RBK,
17-60013-RBK, 17-60014-RBK, 17-60015-RBK, 17-60016-RBK,
17-60017-RBK, 17-60018-RBK, 17-60019-RBK, 17-60020-RBK,
17-60021-RBK, 17-60022-RBK, 17-60023-RBK, 17-60024-RBK,
17-60025-RBK, 17-60026-RBK, 17-60027-RBK, 17-60028-RBK,
17-60029-RBK, 17-60030-RBK, 17-60031-RBK, 17-60032-RBK,
17-60033-RBK, 17-60034-RBK, 17-60035-RBK, 17-60036-RBK,
17-60037-RBK, 17-60038-RBK, 17-60039-RBK, 17-60040-RBK,
17-60041-RBK, 17-60042-RBK, 17-60043-RBK, 17-60044-RBK,
17-60045-RBK, 17-60046-RBK, 17-60047-RBK, 17-60048-RBK,
17-60049-RBK, 17-60050-RBK, 17-60051-RBK, 17-60052-RBK,
17-60053-RBK, 17-60054-RBK, 17-60055-RBK, 17-60056-RBK,
17-60057-RBK, 17-60058-RBK, 17-60059-RBK, 17-60060-RBK,
17-60061-RBK, 17-60062-RBK

IT IS HEREBY ORDERED that the bankruptcy cases identified above are reassigned to Chief

United States Bankruptcy Judge Benjamin P. Hursh.

The clerk of court is directed to adjust the docket to reflect the reassignment of the listed cases, to file this order in the record of each of the listed cases, and to notify the parties of the making of this order.

DATED this 31st day of January, 2017.

                                          BY THE COURT

                                          HON. RALPH B. KIRSCHER
                                          U.S. Bankruptcy Judge
                                          United States Bankruptcy Court
                                          District of Montana