Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Facsimile: (406) 453-4663
I.D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

------------------------------------------------------------------------

In re                          )
                               )  No. 16-61183-13
MATTHEW SCOTT RAGAN,           )
                               )
        Debtor.                )

------------------------------------------------------------------------

**TRUSTEE'S WITNESS LIST**

------------------------------------------------------------------------

The Chapter 13 Standing Trustee designates the following witness to testify at the hearing scheduled for February 16, 2017, at 9:00 a.m. in Missoula, Montana:

1. Matthew Scott Ragan

2. Any witnesses called by the Debtor.

3. Any rebuttal witness.

DATED February 1, 2017.

                                            Chapter 13 Standing Trustee
                                            P. O. Box 1829
                                            Great Falls, MT 59403

                                            By /s/ Robert G. Drummond
                                                Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S WITNESS LIST** was mailed on February 1, 2017, at Great Falls, Montana, and directed to the following:

>Matthew Ragan
>33 Wild Goose Lane
>Kalispell, MT 59901

>/s/ Tiffany Floerchinger
>Tiffany Floerchinger