Form ntpi

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA
# 400 NORTH MAIN
# BUTTE, MT 59701

| | | |
|---|---|---|
| **In Re:** | MATTHEW SCOTT RAGAN<br>SSN: xxx−xx−7442<br>Tax ID: 47−4299406<br><br>**Debtor.** | **Case No:**<br>16−61183−RBK<br><br>**Chapter:** 13 |

## NOTICE TO PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that on 2/16/17 , at 09:00 AM , or as soon thereafter as counsel can be heard, in the 201 E BROADWAY; CRTRM #200A, MISSOULA, MT 59802, MISSOULA, MT 59802 , a hearing will be held on: TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS [25] AND DEBTORS RESPONSE THERETO [27]

Dated: 1/31/17

For the Clerk of Court
Tyler P. Gilman

By Deputy Clerk: _Colleen Grady_

```
                         United States Bankruptcy Court
                               District of Montana
In re:                                                    Case No. 16-61183-RBK
MATTHEW SCOTT RAGAN                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0977-2          User: cmg              Page 1 of 1          Date Rcvd: Jan 31, 2017
                              Form ID: ntpi          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db             +MATTHEW SCOTT RAGAN,    33 WILD GOOSE LANE,    KALISPELL, MT 59901-8641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
              OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
              ROBERT G. DRUMMOND    Trustee@MTChapter13.com,
               kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rrussell@mtchapter13.com;rdrummond13@ecf.epiqsystems.com
              ROBERT G. DRUMMOND    on behalf of Trustee ROBERT G. DRUMMOND Trustee@MTChapter13.com,
               kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rrussell@mtchapter13.com;rdrummond13@ecf.epiqsystems.com
                                                                                             TOTAL: 3