UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MATTHEW SCOTT RAGAN,**

Debtor.

Case No. **16-61183-13**

***O R D E R***

At Butte in said District this 17th day of February, 2017.

In this Chapter 13 case hearings were scheduled to be held at Missoula on February 16, 2017, on confirmation of Debtor's Chapter 13 Plan and on the Chapter 13 Trustee's Objection to Debtor's claim of exemption.  The Chapter 13 Standing Trustee Robert G. Drummond appeared and moved to continue the hearings until after the claims bar date, because the mortgage creditor has not filed a proof of claim, and the Trustee and Debtor seek time to file a stipulation resolving the exemption.  Debtor Matthew Scott Ragan appeared pro se and did not object.  Based on the representations of counsel the Court continued the hearing on confirmation to May 5, 2017, and continued the hearing on the Trustee's Objection to exemption to April 7, 2017.

**IT IS ORDERED** and **NOTICE HEREBY IS GIVEN** the hearing on the Trustee's Objection to Debtor's claims of exemptions will be held on **Friday, April 7, 2017, at 9:00 a.m.**, or as soon thereafter as counsel can be heard, in the **BANKRUPTCY**

1

**COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT;** and the parties shall file and exchange witness lists and exhibits not later than three (3) business days before the hearing, or the Court may exclude witness testimony and exhibits for failure to comply.

      **IT IS FURTHER ORDERED** and **NOTICE HEREBY IS GIVEN** the hearing on confirmation of Debtor's Chapter 13 Plan and objections thereto will be held on **Friday, May 5, 2017, at 9:00 a.m.**, or as soon thereafter as counsel can be heard, in the **BANKRUPTCY COURTROOM #200A, RUSSELL SMITH COURTHOUSE, 201 E. BROADWAY, MISSOULA, MT;** and the parties shall file and exchange witness lists and exhibits not later than three (3) business days before the hearing, or the Court may exclude witness testimony and exhibits for failure to comply.

 

/s/ Benjamin P. Hursh
Honorable Benjamin P. Hursh
U.S. Bankruptcy Judge