UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re )
) No. 16-61183-13
MATTHEW SCOTT RAGAN, )
)
Debtor. )

**ORDER APPROVING STIPULATION**

At Butte in said District this 14th day of March, 2017.

Upon review of the Stipulation between the Chapter 13 Trustee and Debtor, the Court finds that the terms of the Stipulation are fair and equitable and satisfy the requirements of F.R.B.P. 9019(a) and 11 U.S.C. § 362(d). Accordingly,

IT IS ORDERED that the Stipulation between the Chapter 13 Trustee and Debtor, filed March 14, 2017, is APPROVED, and the parties shall henceforth be bound by and shall perform in accordance with its terms.

IT IS FURTHER ORDERED that the Trustee's Objection to Claim of Exemption filed at docket no. 25 is deemed resolved in accordance with the terms of the approved Stipulation.

Honorable Benjamin P. Hursh
U.S. Bankruptcy Judge

```
                         United States Bankruptcy Court
                              District of Montana
In re:                                                    Case No. 16-61183-BPH
MATTHEW SCOTT RAGAN                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0977-2       User: pjc              Page 1 of 1          Date Rcvd: Mar 14, 2017
                           Form ID: pdfoas        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db            +MATTHEW SCOTT RAGAN,    33 WILD GOOSE LANE,    KALISPELL, MT 59901-8641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
              OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
              ROBERT G. DRUMMOND    Trustee@MTChapter13.com,
               kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rrussell@mtchapter13.com;rdrummond13@ecf.
               epiqsystems.com
              ROBERT G. DRUMMOND     on behalf of Trustee ROBERT G. DRUMMOND Trustee@MTChapter13.com,
               kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rrussell@mtchapter13.com;rdrummond13@ecf.
               epiqsystems.com
                                                                                             TOTAL: 3
```