Stephen B. Watkins, Bar Number 3400
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Ditech Financial LLC
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: armand@hwmlawfirm.com
File No: 49473

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>MATTHEW SCOTT RAGAN aka MATT RAGAN LLC<br><br>Debtor. | Bankruptcy Case No. 16-61183 BPH<br>Chapter 13<br><br>**OBJECTION TO PLAN AND MAILING CERTIFICATE**<br><br>[Filed Electronically] |

  Ditech Financial LLC, (referred to herein as "Secured Creditor") holds a valid Note and Trust Deed lien against Debtor's residence and objects to the Chapter 13 Plan of Debtor as follows:

  1. The plan does not provide for Secured Creditor's pre-petition arrearage amount of $137,650.81.

  2. The plan is not feasible. The plan will pay approximately $50,280.00, excluding Chapter 13 Trustee commissions and attorney's fees and costs and will fail to pay all of Secured Creditor's arrearages.

  3. The plan should provide that Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 31st day of March, 2017.

/s/ Benjamin J. Mann
Benjamin J. Mann
Attorney for Ditech Financial LLC

## MAILING CERTIFICATE

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 31st day of March, 2017, to each of the following:

Matthew Scott Ragan
33 Wild Goose Lane
Kalispell, MT 59901
Debtor

Robert G. Drummond
Via ECF
Chapter 13 Trustee

United States Trustee
Via ECF

/s/ Benjamin J. Mann